UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSMIC DEBRIS ETC., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEO TECH IMPORT EXPORT COMPANY, LIMITED, a Thai corporation,<br><br>Defendant. | Case No. C 05 02802 BZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE TIME TO SERVE COMPLAINT ON DEFENDANT AND AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND THE TIME TO FILE JOINT ADR CERTIFICATE |

Having considered Plaintiff Cosmic Debris Etc., Inc.'s *ex parte* application for an order continuing by 90 days the November 5, 2005 deadline to complete service of process on Defendant, the November 7, 2005 initial case management conference, and the time for the parties to submit their Joint ADR Certification, the Declaration of Laura Franco submitted therewith, the record in this action, and all other supporting arguments, and good cause having been shown:

IT IS HEREBY ORDERED that Plaintiff's *ex parte* application for an order continuing by 90 days the November 5, 2005 deadline to complete service of process on Defendant, the November 7, 2005 initial case management conference, and the time for the parties to submit

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20145014.1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
CASE NO. C 05 02802 BZ

1  their Joint ADR Certification is GRANTED; and it is further

3  ORDERED that the initial case management conference is re-scheduled to February 6,
4  2006 at 4:00 p.m.

6  IT IS SO ORDERED.

   _____
8  Honorable Bernard Zimmerman
   United States Magistrate Judge

10  A copy of this Order shall be served on defendant.

Oct. 24, 2005

IT IS SO ORDERED
Judge Bernard Zimmerman

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20145014.1

2

[PROPOSED] ORDER GRANTING
PLAINTIFF'S EX PARTE APPLICATION
CASE NO. C 05 02802 BZ