UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSMIC DEBRIS ETC., INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEO TECH IMPORT EXPORT COMPANY, LIMITED, a Thai corporation,<br><br>Defendant. | Case No. C 05 02802 BZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO (1) VACATE THE CASE MANAGEMENT CONFERENCE, AND (2) RELIEVE COSMIC DEBRIS OF ITS OBLIGATION TO SUBMIT A RULE 26(F) REPORT AND JOINT ADR CERTIFICATION |

Having considered Plaintiff Cosmic Debris Etc., Inc.'s Miscellaneous Administrative Request for an order (i) vacating the February 6, 2006 case management conference, and (ii) relieving Cosmic Debris of its obligation to submit a Rule 26(f) report and Joint ADR Certification, the Declaration of Laura Franco submitted therewith, the record in this action, and all other supporting arguments, and good cause having been shown:

IT IS HEREBY ORDERED that Plaintiff's miscellaneous administrative request is GRANTED; and it is further

ORDERED that the case management conference, currently scheduled for February 6, 2006 is hereby VACATED; and it is further

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20150784.1

[PROPOSED] ORDER GRANTING
PLAINTIFF'S ADMINISTRATIVE REQUEST
CASE NO. C 05 02802 BZ

1  ORDERED that due to Defendant's default in this action and the pending Application for
2  Default Judgment against Defendant, Cosmic Debris is relieved of its obligation to submit (i) a
3  report pursuant to Federal Rule 26(f) and (ii) a Joint ADR Certification in this matter.
4
5
6  IT IS SO ORDERED.
7  _____
8  Honorable Bernard Zimmerman
   United States Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, 1/23/2006, signed Judge Bernard Zimmerman]*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20150784.1

2

[PROPOSED] ORDER GRANTING
PLAINTIFF'S ADMINISTRATIVE REQUEST
CASE NO. C 05 02802 BZ