1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   COSMIC DEBRIS ETC., INC.,    )
                                  )
12           Plaintiff(s),        )     No. C05-2802 BZ
                                  )
13      v.                        )     **ORDER SCHEDULING HEARING ON**
                                  )     **PLAINTIFF'S MOTION FOR**
14   NEO TECH IMPORT EXPORT       )     **DEFAULT JUDGMENT**
     COMPANY, LIMITED,            )
15                                )
             Defendant(s).        )
16   ─────────────────────────────

17      TO ALL PARTIES AND COUNSEL OF RECORD:

18      **IT IS HEREBY ORDERED** that pursuant to the Court's
19   discretion under Rule 55(b)(2) of the Federal Civil Rules of
20   Civil Procedure, a hearing on plaintiff's motion for default
21   judgment is set for set for **Wednesday, April 5, 2006**, at 10:00
22   a.m. in Courtroom G, 15th Floor, Federal Building, San
23   Francisco, California, 94102.
24      Claims for attorneys' fees should be supported by billing
25   records.  Compliance with 50 App. U.S.C. § 501 et seq. of the
26   Servicemembers' Civil Relief Act may not be satisfied on
27   information and belief.  See 50 App. U.S.C. § 521(b)(1);
28   United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn.

G:\BZALL\-BZCASES\COSMIC\DEF.JUDG.SCH.ORD.wpd   1

1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).

Plaintiff should be prepared to prove its damages by competent testimony or other admissible evidence.  If plaintiff intends to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of <u>Civil Procedure Before Trial</u> by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiff's claim.  Seven days before the hearing, on **Wednesday, March 29, 2006**, plaintiff shall file with the Clerk of the Court, and deliver directly to chambers, a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.  If defendant actually received notice of this hearing, plaintiff should provide the Court with proof of service.

Dated:  February 2, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\COSMIC\DEF.JUDG.SCH.ORD.wpd