UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
COSMIC DEBRIS ETC., INC.,   )
                            )
          Plaintiff(s),     )    No. C05-2802 BZ
                            )
     v.                     )    ORDER REASSIGNING CASE TO
                            )    DISTRICT JUDGE
NEO TECH IMPORT EXPORT      )
COMPANY, LIMITED,           )
                            )
          Defendant(s).     )
```

This case was assigned to me for all proceedings including trial.  Defendant has not consented to the jurisdiction of a United States Magistrate Judge.  In view of my Report and Recommendation dated April 6, 2006, the clerk shall **REASSIGN** this case immediately to a United States District Judge.

Dated: April 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\COSMIC\REASSIGN.wpd

1