UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSMIC DEBRIS ETC., INC., | No. C 05-2802 SI |
| Plaintiff, | **ORDER ACCEPTING REPORT AND RECOMMENDATION, AND GRANTING IN PART PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** |
| v. | |
| NEO TECH IMPORT EXPORT COMPANY, LIMITED, | |
| Defendant. | |

This Court has reviewed *de novo* the files and records in this case, and the Report and Recommendation issued by Magistrate Judge Bernard Zimmerman. The Court notes that Judge Zimmerman provided this Report and Recommendation to counsel for plaintiff in the form of a tentative ruling on March 28, 2006, and at the hearing on the matter on April 5, 2006, counsel accepted Judge Zimmerman's recommendation.

This Court also concurs in Judge Zimmerman's findings and analysis; and finds that plaintiff Cosmic Debris Etc., Inc. is entitled to default judgment against defendant Neo Tech Import Export Company, Ltd. in the amount of $1250 statutory damages and $12,518.91 in attorneys' fees and costs. The Court also finds that plaintiff is entitled to the injunctive relief specified in the Report and Recommendation.

Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: April 11, 1006

_Susan Illston_
SUSAN ILLSTON
United States District Judge